No. 03–9439.  PARRISH v. LAMARQUE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9440.  DEPIETRO v. NEW JERSEY RACING COMMISSION.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 03–9445.  SANCHEZ v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 03–9459.  O'NEAL v. NATIONAL PLASTICS CORP.  C. A. 7th Cir.  Certiorari denied.

No. 03–9483.  BRATTON v. HAMLET, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9490.  SMITH v. SOUTH CAROLINA.  Ct. App. S. C.  Certiorari denied.

No. 03–9495.  MCKINNEY v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 03–9503.  PARR v. BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9504.  LADO v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 03–9506.  WATTLETON v. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–9508.  ALLAH v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–9510.  MROZEK v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET.  C. A. 3d Cir.  Certiorari denied.

No. 03–9512.  CHASE v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–9517.  PARRISH v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.